FAIRFIELD'S MOTORS, INC. *vs.* FITZ-INN AUTO PARK, INC. June 21, 1973. The plaintiff leased a motor vehicle owned by it to one Brown. Brown

drove his family to lunch at a Boston restaurant and while there parked
the vehicle in the defendant's parking garage. The car was stolen from
the garage. The plaintiff brought this action of contract or tort for
damages in a District Court, and it was removed to the Superior Court.
At the trial in the Superior Court the jury found for the defendant on the
count for negligence. The defendant's motion for a directed verdict on
the contract count was allowed. The plaintiff's exception to that
allowance is the only matter presented by its bill of exceptions. Nothing
in the record would warrant a finding that Brown was the agent of the
plaintiff. The plaintiff was not a party to the contract of bailment
between Brown and the defendant. "The general rule that a person who
is not a party to a contract and from whom no consideration moves may
not sue upon it is well established in this Commonwealth." *Central
Supply Co.* v. *United States Fid. & Guar. Co.* 273 Mass. 139, 143-144,
and cases cited therein.

*Exceptions overruled.*

*Edward M. Perry* for the plaintiff.

*John P. Bourgeois* for the defendant was present but was not called
upon.